GENTILE CRISTALLI
MILLER ARMENI SAVARESE
COLLEEN E. MCCARTY
Nevada Bar No. 13186
Email: cmccarty@gcmaslaw.com
410 South Rampart Boulevard, Suite 420
Las Vegas, Nevada 89145
Tel: (702) 880-0000
Fax: (702) 778-9709
Attorney for Defendant Charles Scanlan

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | CASE NO. 2:16-CR-00250-GMN-CWH |
|---|---|
| Plaintiff, | |
| vs. | **DEFENDANT'S MOTION TO FILE CERTAIN DOCUMENTS UNDER SEAL** |
| CHARLES JOSEPH SCANLAN a/k/a Alex Michaels, | |
| Defendant. | |

Comes now Defendant Charles Joseph Scanlan, by and through counsel, Colleen E. McCarty, Esq., of the law firm of Gentile Cristalli Miller Armeni Savarese, hereby move for an order allowing Defendants to file under seal: Attachment 1 to the Verified Petition for Permission to Practice in this Case Only by Attorney Not Admitted to the Bar of This Court and Designation of Local Counsel for attorney Christopher W. Adams.

This Motion to File Under Seal is made and based upon the following Memorandum of Points and Authorities; the Affidavit of Christopher W. Adams, Esq.; the papers and pleadings already on file herein; and any argument of counsel that may be considered by the Court.

**AFFIDAVIT OF CHRISTOPHER W. ADAMS, ESQ.**

STATE OF SOUTH CAROLINA   )
                          ) ss:
COUNTY OF CHARLESTON      )

CHRISTOPHER W. ADAMS, being first duly sworn, deposes and states as follows:

1. I am an attorney with the Law Office of Christopher W. Adams, P.C., counsel of

Gentile Cristalli
Miller Armeni Savarese
Attorneys At Law
410 S. Rampart Blvd. #420
Las Vegas, Nevada 89145
(702) 880-0000

Scanlon – Motion to File Under Seal

1

record for Defendant Charles Scanlan ("Scanlan").

2. I am competent to testify to the matters asserted herein, of which I have personal knowledge, except as to those matters stated upon information and belief. As to those matters stated upon information and belief, I believe them to be true.

3. Attachment 1 to the Verified Petition contains "confidential" information. It is therefore necessary for Defendant to file a redacted version of Attachment 1 under seal.

FURTHER, AFFIANT SAYETH NAUGHT.

Dated this 26th day of August, 2016.

_____
Christopher W. Adams, Esq.

SUBSCRIBED AND SWORN to before me this 26TH day of August, 2016

_____
NOTARY PUBLIC in and for said Charleston County and State of South Carolina

## MEMORANDUM OF POINTS AND AUTHORITIES

Local Rule 10-5(b) provides:

Unless otherwise permitted by statute, rule or prior Court order, papers filed with the Court under seal shall be accompanied by a motion for leave to file those documents under seal, and shall be filed in accordance with the Court's electronic filing procedures. If papers are filed under seal pursuant to prior Court order, the papers shall bear the following notation on the first page, directly under the case number: "FILED UNDER SEAL PURSUANT TO COURT ORDER DATED _____." All papers filed under seal will remain sealed until such time as the Court may deny the motion to seal or enter an order to unseal them, or the documents are unsealed pursuant to Local Rule.

In the instant matter, Attachment 1 to the Verfied Petition contains confidential information and is being filed under seal at the same time as this motion to seal.

///

///

///

Gentile Cristalli
Miller Armeni Savarese
Attorneys At Law
410 S. Rampart Blvd. #420
Las Vegas, Nevada 89145
(702) 880-0000

Scanlon – Motion to File Under Seal

2

For these reasons, Defendant therefore respectfully requests that this Court enter an order granting Defendant leave to file Attachment 1 to the Verified Petition under seal and that the Court consider the un-redacted portions of the filings and all supporting exhibits.

DATED this **26** day of August, 2016.

                    GENTILE CRISTALLI
                    MILLER ARMENI SAVARESE

                    COLLEEN E. MCCARTY
                    Nevada Bar No. 13186
                    410 South Rampart Boulevard, Suite 420
                    Las Vegas, Nevada 89145
                    Attorney for Defendant Charles Joseph Scanlon

## [PROPOSED] ORDER

The Court, having reviewed the MOTION TO FILE CERTAIN DOCUMENTS UNDER SEAL, and Good Cause Appearing Therefore, HEREBY ORDERS that Attachment 1 to the Verified Petition be filed under seal. Counsel for Defendant shall deliver an unredacted version to Chambers for in camera review.

IT IS SO ORDERED.

                    UNITED STATES DISTRICT COURT JUDGE
                    DATED: August 30, 2016

Gentile Cristalli
Miller Armeni Savarese
Attorneys At Law
410 S. Rampart Blvd. #420
Las Vegas, Nevada 89145
(702) 880-0000

Scanlon – Motion to File Under Seal

3

1 | **CERTIFICATE OF SERVICE**

2 The undersigned, an employee of Gentile Cristalli Miller Armeni Savarese, hereby certifies that on the 29th day of August, 2016, true and correct copies of: **Defendant's Motion to File Certain Documents Under Seal**, were served via the United States District Court CM/ECF system as follows:

In addition, an unredacted copy of Attachment 1 to the Verified Petition along with a copy of the Motion, was placed in an envelope, postage fully prepaid, in the U.S. Mail at Las Vegas, Nevada, said envelope addressed to:

DANIEL G. BOGDEN
United States Attorney
DANIEL J. COWHIG
Assistant United States Attorney
501 Las Vegas BLVD S STE 1100
Las Vegas NV 89101-6514

_____
An employee of
GENTILE CRISTALLI
MILLER ARMENI SAVARESE