GENTILE CRISTALLI
MILLER ARMENI SAVARESE
COLLEEN E. MCCARTY
Nevada Bar No. 13186
Email:  cmccarty@gcmaslaw.com
410 South Rampart Boulevard, Suite 420
Las Vegas, Nevada 89145
Tel:  (702) 880-0000
Fax:  (702) 778-9709

LAW OFFICE OF CHRISTOPHER W. ADAMS, P.C.
CHRISTOPHER W. ADAMS
*Admitted Pro Hac Vice*
Email: chris@chrisadamslaw.com
102 Broad Street, Suite C
Charleston, South Carolina 29401
Attorney for Defendant Charles Scanlan

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CHARLES JOSEPH SCANLAN<br>    a/k/a Alex Michaels,<br><br>Defendant. | CASE NO. 2:16-CR-00250-GMN-CWH<br><br>**UNOPPOSED MOTION TO AMEND CONDITIONS OF PRETRIAL RELEASE TO DISCONTINUE LOCATION MONITORING** |

Comes now Defendant Charles Joseph Scanlan, by and through counsel, Colleen E. McCarty, Esq., of the law firm of Gentile Cristalli Miller Armeni Savarese, and Christopher Adams, Esq., of the Law Office of Christopher Adams, P.C., hereby seek an Order discontinuing location monitoring.

Counsel for Mr. Scanlan has conferred with the attorney for the government and with the pretrial services officer supervising Mr. Scanlan regarding this request.  Neither the prosecutor nor the pretrial services officer oppose this request.

**MEMORANDUM OF POINTS AND AUTHORITIES**

By way of this motion, Mr. Scanlan requests that the location monitoring be discontinued.  Electronic location monitoring was ordered as part of the original bond set in South Carolina.  Mr. Scanlan has been on bond and subject to electronic location monitoring

Gentile Cristalli
Miller Armeni Savarese
Attorneys At Law
410 S. Rampart Blvd. #420
Las Vegas, Nevada 89145
(702) 880-0000

Scanlon – Motion to Discontinue

1 of 2

since December 2015. The parties and the Pretrial Services Officer believe that the electronic monitoring is no longer necessary to address any risk of nonappearance or danger to the community the defendant posed at the time of his initial appearance. Any continuing risk can be addressed by the remaining conditions of release.

**WHEREFORE**, Mr. Scanlan asks the court to Order the location monitoring discontinued.

DATED this 21st day of September, 2016.

        GENTILE CRISTALLI
        MILLER ARMENI SAVARESE

        */s/ Colleen E. McCarty*

        COLLEEN E. MCCARTY
        Nevada Bar No. 13186
        410 South Rampart Boulevard, Suite 420
        Las Vegas, Nevada 89145

        LAW OFFICE OF CHRISTOPHER W. ADAMS, P.C.
        CHRISTOPHER W. ADAMS
        *Admitted Pro Hac Vice*
        102 Broad Street, Suite C
        Charleston, South Carolina 29401
        Attorney for Defendant Charles Joseph Scanlan

## [PROPOSED] ORDER

The Court, having reviewed the UNOPPOSED MOTION TO DISCONTINUE LOCATION MONITORING, and Good Cause Appearing therein, HEREBY ORDERS that electronic location monitoring of Defendant shall be discontinued.

IT IS SO ORDERED.

        UNITED STATES DISTRICT COURT JUDGE
        DATED: September 23, 2016

Scanlon – Motion to Discontinue    2 of 2

Gentile Cristalli
Miller Armeni Savarese
Attorneys At Law
410 S. Rampart Blvd. #420
Las Vegas, Nevada 89145
(702) 880-0000